AO 240 (Rev. 6/86) Application to Proceed @

United States District Court    MAY 2 3 2002

United States District Court
Southern District of Texas
FILED

Michael N. Milby
Clerk of Court

__SOUTHERN__ _____ **DISTRICT OF** _____ __TEXAS__

ALFREDO QUINONES-MONDRAGON

V.

U. S. A.

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:  B-02-100

I, __Alfredo Quinones-Mondragon__, declare that I am the *(check appropriate box)*

☐ **petitioner/plaintiff**          ☒ **movant** (filing 28 U.S.C. 2255 motion)

☐ **respondent/defendant**      ☐ _____
                                                        *other*

**in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows:**

In further support of this application, I answer the following questions.

1. **Are you presently employed?**                                    Yes ☒    No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and
      give the name and address of your employer. (list both gross and net salary)

      Yard worker B.O.P. $17.00 Per month

   b. If the answer is "no," state the date of last employment and the amount of the
      salary and wages per month which you received.

      $17.00 Per month

2. **Have you received within the past twelve months any money from any of the follow-
   ing sources?**
   a. **Business, profession or other form of self-employment**      Yes ☐    No ☒
   b. **Rent payments, interest or dividends?**                              Yes ☐    No ☒
   c. **Pensions, annuities or life insurance payments?**              Yes ☐    No ☒
   d. **Gifts or inheritances?**                                                  Yes ☐    No ☒
   e. **Any other sources?**                                                      Yes ☐    No ☒

amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐    No ☒    (Include any funds in prison accounts.)

   If the answer is ''yes,'' state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is ''yes,'' describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___MAY 20, 2002___          _A. Quinones_
                     (Date)                        Signature of Applicant

---

### CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __62.95__ on account to his credit at the __JCI Beaumont Medium__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __none__

I further certify that during the last six months the applicant's average balance was $ __442.48__

_J. Kilar    Counselor_
                  Authorized Officer of Institution

---

### ORDER OF COURT

| | |
|---|---|
| **The application is hereby denied** | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____ _____ <br> *United States Judge*        *Date* | _____ _____ <br> *United States Judge*        *Date* <br> *or Magistrate* |