IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | Civil Action No. B-02-100 |
| vs. | § | |
| | § | Criminal No. B-00-104-01 |
| Alfredo Quinones-Mondragon | § | |
| Petitioner | § | |

### REQUEST FOR A CERTIFICATE OF APPEALABILITY

COMES NOW, Petitioner Alfredo Quinones-Mondragon, pro-se, and respectfully requests the honorable court to issue a Certificate of Appealability pertaining to the issues presented in the § 2255 petition and reply brief filed in the district court.

Respectfully submitted,

Date: September 23, 2002

Place: Beaumont, Texas

Alfredo Quinones-Mondragon
#64201-079
FCC-Medium
P.O. Box 26040
Beaumont, Texas 77720

## CERTIFICATE OF SERVICE

I, Alfredo Quinones-Mondragon hereby declares that on September 20, 2002 AD, he sent a copy of the Petition for Certificate of Appealability under the issues presented in the § 2255 and reply brief filed in the district court to:

> Jeffery A. Babcock
> Assistant U.S. Attorney
> 600 E. Harrison St. #201
> Brownsville, Texas 78520

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

by

_____
Alfredo Quinones-Mondragon

Date: September 20, 2002

Place: Beaumont, Texas