UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALFREDO QUINONES-MONDRAGON, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-100 |
| § | CRIMINAL NO. B-00-104-01 |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Certificate of Appealability is hereby DENIED.

DONE at Brownsville, Texas this 12 day of November, 2002.

Hilda Tagle
United States District Judge