15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALFREDO QUINONES-MONDRAGON,    §
Petitioner,                    §
                               §
v.                             §        CIVIL ACTION NO. B-02-100
                               §        CRIMINAL NO. B-00-104-01
UNITED STATES OF AMERICA,      §
Respondent.                    §

**O R D E R**

Before the Court is Petitioner Alfredo Quinones-Mondragon's "Request for the Issue of

Certificate of Appealability" (Doc. # 14).  Petitioner's Application for a Certificate of

Appealability (Doc. # 14) will be construed as a Notice of Appeal, considering that the district

court has already denied his request for a certificate of appealability in this case.  Given

Petitioner's indigent status, he may proceed on appeal in forma pauperis.  Let the Applicant

proceed on appeal without the pre-payment of cost of fees or the necessity of giving security

therefor.

This United States District Clerk's office is hereby ordered to close this case, and moot

all of the pending motions.

DONE at Brownsville, Texas, this _28th_ day of May, 2003.


Felix Recio
United States Magistrate Judge