IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40407

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALFREDO QUINONES-MONDRAGON, also known as Heriberto Contreras-Gonzalez

    Defendant - Appellant

CAB-02-100

---

Appeals from the United States District Court for the Southern District of Texas, Brownsville

---

U. S. COURT OF APPEALS
**FILED**
NOV 0 6 2003
CHARLES R. FULBRUGE III
CLERK

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 6, 2003, for want of prosecution. The appellant failed to timely file motion for Certificate of Appealability and Brief in Support.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                          By: _____
                              Shari B. Stewman, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy    NOV 0 6 2003
New Orleans, Louisiana

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

United States District Court
Southern District of Texas
FILED

NOV 12 2003

Michael N. Milby
Clerk of Court

November 6, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

NOV 1 2 2003

Michael N. Milby, Clerk

No. 03-40407 USA v. Quinones-Mondragon
USDC No.  B-02-CV-100
          B-00-CR-104-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Shari D. Stewman, Deputy Clerk
    504-310-7747

cc: w/encl:
    Mr James Lee Turner
    Mr Alfredo Quinones-Mondragon

MDT-1